# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

Civil Action No:    12-cv-02776-MSK-KMT    Date:    January 16, 2014
Courtroom Deputy:    Sabrina Grimm    FTR:    Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| DAVID MCKAY,<br>TINA M. MCKAY,<br>BRANDON M. MCKAY,<br>HAILEY K. MCKAY,<br>M.M. (a minor), and<br>C.M. (a minor),<br><br>    Plaintiffs,<br><br>v.<br><br>CRYSTAL SCHWARTZ,<br>JASON VERKUYL,<br>DAVID HEMPEL,<br>MARY ALBEE,<br>JOHN/JANE DOE, and<br>THE CITY OF FORT LUPTON, COLORADO, A<br>Colorado Municipal Corporation,<br><br>    Defendants. | Ingrid DeFranco<br><br><br><br><br><br><br><br><br><br>Heidi Hugdahl |

## COURTROOM MINUTES

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**1:33 p.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding discovery issue with respect to Tina McKay's inability to continue with her deposition and extension of time for discovery.

**ORDERED:** The discovery deadline is extended to April 7, 2014. The dispositive motion deadline is extended to May 7, 2014. Written discovery shall be served 33 days prior to the discovery cut off.

**ORDERED:** Tina McKay's and David McKay's deposition will be taken on or before February 28, 2014.

Discussion regarding pending motions.

**ORDERED:** Defendants' Unopposed Motion for Extension of Time to Service Rebuttal Expert Report [41] is GRANTED. Plaintiffs' expert report is due on or before January 31, 2014. Defendants rebuttal report to Plaintiffs' expert report is due on or before February 21, 2014.

**ORDERED:** Plaintiffs' Unopposed Motion for an Order Granting Forensic Hard Drive Copy Access to Computer Forensic Examine Jeffrey Wilder [43] is GRANTED. The Court will issue a separate written order.

**2:02 p.m.**     Court in recess.

Hearing concluded.
Total in-court time    00:29

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.