IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02776–MSK–KMT

DAVID MCKAY,
TINA M. MCKAY,
BRANDON M. MCKAY,
HAILEY K. MCKAY,
M.M. (a minor), and
C.M. (a minor),

    Plaintiffs,

v.

CRYSTAL SCHWARTZ,
JASON VERKUYL,
DAVID HEMPEL,
MARY ALBEE,
JOHN/JANE DOE, and
THE CITY OF FORT LUPTON, COLORADO, A Colorado Municipal Corporation,

    Defendants.

---

**ORDER**
*GRANTING FORENSIC HARD DRIVE COPY ACCESS TO*
*COMPUTER FORENSIC EXAMINER JEFFREY WILDER*

---

The Court, having reviewed Plaintiffs' Motion for Access to the Forensic Hard Drive in the possession of the Northern Colorado Regional Forensic Laboratory (NCRFL), 2329 West 115th Avenue, Greeley, Colorado, and being fully apprised in the premises, hereby

**ORDERS**

1. Plaintiffs' expert, Jeffrey Wilder, shall be given access to the forensic copy of the

computer hard drive for the purpose of copying registry, log, and event files as set forth in Plaintiffs' Motion for Access [Doc. No. 43], at the NCRFL, at the earliest mutually-convenient date. The court understands that arrangements for the procedure are scheduled to take place on January 21, 2014.

2. Mr. Wilder expressly agrees to comply with the Rules and Regulations of the NCRFL, and in particular with those provisions set forth in Exhibit C to the Motion [Doc. No. 43-3]. Further Mr. Wilder will complete and execute any documents NCRFL requires as a predicate to the access by Mr. Wilder.

3. No contraband or sexually exploitative materials shall be accessed or viewed during the procedure.

4. Detective Daren Ford, or his designee, as well as any other witnesses required by NCRFL shall be present during the procedure.

5. The data shall be validated and its accessibility verified before the procedure is concluded.

Dated this 16th day of January, 2014.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

[2]