IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No:     12-cv-02776-MSK-KMT          Date:   July 17, 2014
Courtroom Deputy:    Sabrina Grimm                FTR:    Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| DAVID MCKAY, | Ingrid DeFranco |
| TINA M. MCKAY, | |
| BRANDON M. MCKAY, | |
| HAILEY K. MCKAY, | |
| M.M. (a minor), and | |
| C.M. (a minor), | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| CRYSTAL SCHWARTZ, | Heidi Hugdahl |
| JASON VERKUYL, | Andrew Nathan |
| DAVID HEMPEL, | |
| MARY ALBEE, | |
| JOHN/JANE DOE, and | |
| THE CITY OF FORT LUPTON, COLORADO, A | |
| Colorado Municipal Corporation, | |
| | |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**1:40 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Also present, Plaintiffs David and Tina McKay.

Discussion and argument regarding the testimony and disclosure of Stacey Elder as a witness, and potentially re-deposing prior witnesses based on Stacey Elder's testimony.

Court states its findings with respect to Ms. Elder's newly revised testimony at her deposition.

**ORDERED:** **Defendants' Motion to Strike Stacey Elder as a Witness [59] is GRANTED. Stacey Elder shall not be permitted to testify due to a violation of Rule 26(a) and (e) and pursuant to Rule 37(c)(1). Her testimony is STRICKEN from all briefing associated with Defendants' Amended/Corrected Motion for Summary Judgment [64] and she may not be called as a witness at any trial in this matter.**

Court advises Plaintiffs they have fourteen days to file any objections to today's ruling.

**2:40 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time   01:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.