IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02776-MSK-KMT

DAVID MCKAY;
TINA M. MCKAY;
BRANDON M. MCKAY;
M.M. (a minor); and
C.M. (a minor),

        Plaintiffs,

v.

THE CITY OF FORT LUPTON, COLORADO, a Colorado Municipal Corporation,

        Defendant.

## ORDER DISMISSING CLAIMS AS TO CERTAIN DEFENDANTS

THIS MATTER comes before the Court on the Parties Stipulated Motion to Dismiss With Prejudice All Claims Asserted Against Individual Defendants Crystal Schwartz, Jason Verkuyl, David Hempel and Mary Albee (Motion) **(#85)** filed September 10, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiffs against Defendants Crystal Schwartz, Jason Verkuyl, David Hempel and Mary Albee are hereby dismissed, with prejudice, each party to bear his, her or its own costs and attorneys' fees. The only remaining Defendant shall be the City of Fort Lupton and the Parties are directed to amend the caption to reflect the City of Fort Lupton as the only remaining Defendant.

DATED this 11th day of September, 2014.

        **BY THE COURT:**

        _____
        Marcia S. Krieger
        Chief United States District Judge